```
1  BENJAMIN B. WAGNER
   United States Attorney
2  BRIAN W. ENOS
   Assistant U.S. Attorney
3  YASHAR NILCHIAN
   Special Assistant U.S. Attorney
4  MISDEMEANOR UNIT
   2500 Tulare Street, Suite 4401
5  Fresno, California 93721
   Telephone (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 1:10-CR-00299-SMS |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION TO RESCIND PROCESSING FEE AND ORDER THEREON |
| CRYSTAL AGUIRRE | ) | |
| Defendant | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record, that the twenty-five dollar ($25) processing fee ordered in open court on April 19, 2011, shall be rescinded.

Dated: April 22, 2011                    Respectfully submitted,

                                         BENJAMIN B. WAGNER
                                         United States Attorney


                                   By :  /s/ Yashar Nilchian
                                         YASHAR NILCHIAN
                                         Special Assistant U.S. Attorney

                                   AND

                                   By :  /s/ Galatea DeLapp
                                         GALATEA DELAPP
                                         Attorney for Defendant
                                         CRYSTAL AGUIRRE

**O R D E R**

Pursuant to the parties' stipulation, the twenty-five dollar ($25) processing fee is rescinded.

IT IS SO ORDERED.

**Dated:    April 25, 2011**              /s/ Sheila K. Oberto
                                                   UNITED STATES MAGISTRATE JUDGE